

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 30, 2024

**BY ECF AND EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

Application granted. The violation of supervised release conference is rescheduled to March 1, 2024 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
January 31, 2024

   Re:  ***United States v. Pedro Rosario*, 21 Cr. 484 (RA)**

Dear Judge Abrams:

  The Government writes with respect to the violation of supervised release conference currently scheduled for February 2, 2024.  The defendant's criminal case before the Pennsylvania Court of Common Pleas, which concerns the same conduct underlying the specifications charged in the federal violation report, is still pending.  The next court date in the Pennsylvania state court proceeding is a trial list review scheduled for February 8, 2024, which the Government understands from discussions with the U.S. Probation Office to be in preparation for a trial date.

  Given the likelihood that the parties will soon receive additional clarity as to the timeframe for a resolution of the defendant's pending state criminal proceeding, the parties respectfully and jointly request to adjourn the February 2, 2024 conference in this matter by approximately 30 days.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney

   By:                 
       Jerry J. Fang
       Assistant United States Attorney
       Southern District of New York
       (212) 637-2584
       Jerry.Fang@usdoj.gov

Cc:  Defense counsel (by ECF)
   U.S. Probation Officer Patrick Fountain (by email)