

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 28, 2024

**BY ECF AND EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

Application granted. The violation of supervised release conference is adjourned to June 7, 2024 at 12:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 28, 2024

Re:   *United States v. Pedro Rosario*, 21 Cr. 484 (RA)

Dear Judge Abrams:

      The Government writes with respect to the violation of supervised release conference currently scheduled for March 1, 2024. The defendant's criminal case before the Pennsylvania Court of Common Pleas, which concerns the same conduct underlying the specifications charged in the federal violation report, is still pending. The Government understands that the trial list review scheduled for February 8, 2024 for the Pennsylvania state court proceeding has been adjourned to May 30, 2024.

      Accordingly, the parties respectfully request to adjourn the March 1, 2024 conference in this matter to a date convenient for the Court in early June 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
(212) 637-2584
Jerry.Fang@usdoj.gov

Cc:   Defense counsel (by ECF)
       U.S. Probation Officer Patrick Fountain (by email)