

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 5, 2024

**BY ECF AND EMAIL**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Street
New York, NY 10007

> Application granted. The violation of supervised release conference is adjourned to October 11, 2024 at 3:00 p.m.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> June 6, 2024

Re: *United States v. Pedro Rosario*, 21 Cr. 484 (RA)

Dear Judge Abrams:

The Government writes with respect to the violation of supervised release conference currently scheduled for June 7, 2024. The defendant's criminal case in Pennsylvania state court (the "State Case"), which concerns the same conduct charged in the federal violation report, is still pending. Based on discussions with the Blair County District Attorney's Office, the Government understands that jury selection is scheduled in the State Case for July 29, 2024 and that if a jury is selected, trial is expected to begin on or about September 9, 2024.

Accordingly, the parties respectfully request to adjourn the June 7, 2024 conference in this matter to the week of September 30 or October 7, 2024, during which the Government and defense are available with the exception of October 1, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
(212) 637-2584
Jerry.Fang@usdoj.gov

Cc: Defense counsel (by ECF)
U.S. Probation Officer Patrick Fountain (by email)