

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 10, 2024

| | |
|---|---|
| **BY ECF AND EMAIL**<br>The Honorable Ronnie Abrams<br>United States District Judge<br>Southern District of New York<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Street<br>New York, NY 10007 | Application granted. The violation of supervised release conference is rescheduled to December 13, 2024 at 12:00 p.m.<br><br>SO ORDERED.<br><br>*[signature]*<br>Ronnie Abrams, U.S.D.J.<br>October 11, 2024 |

Re:     *United States v. Pedro Rosario*, 21 Cr. 484 (RA)

Dear Judge Abrams:

The Government writes with respect to the violation of supervised release conference currently scheduled for October 11, 2024. The defendant's criminal case in Pennsylvania state court (the "State Case"), which concerns the same conduct charged in the federal violation report, is still pending. The Government understands that the next appearance in the State Case—in which trial does not appear to have commenced—is currently scheduled for October 21, 2024.

Accordingly, the parties respectfully request to adjourn the October 11, 2024 conference in this matter for 60 days, with a further status report to be provided in advance of any rescheduled conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    *[signature]*
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
(212) 637-2584
Jerry.Fang@usdoj.gov

Cc:   Defense counsel (by ECF)
      U.S. Probation Officer Patrick Fountain (by email)