**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2025

**Via ECF**

The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 28, 2025

Re:   <u>United States v. Pedro Rosario</u>
      21 Cr 484 (RA)

Dear Judge Abrams:

     I write with the consent of the Government and Probation to request the Court allow Mr. Rosario to apply for a new passport. Probation will maintain control over the passport while his VOSR is pending, but he needs it for a family member's naturalization process. Thank you for the Court's consideration.

Respectfully submitted,

/s/
Ian Marcus Amelkin, Esq.
(212) 417-8733

cc:   AUSA Jerry Fang, Esq.