# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

August 14, 2025

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. The VOSR conference is adjourned to September 23, 2025 at 2:00 p.m. The Court permits Mr. Rosario to temporarily remove his ankle monitor on August 21, 2025 for his medical procedure, and replace it on August 23, 2025.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 14, 2025

Re: **United States v. Pedro Rosario**
    21-Cr-484 (RA)

Dear Judge Abrams:

    I write to request that the Court adjourn the upcoming VOSR conference by approximately thirty days, and modify Mr. Rosario's bond conditions to permit him to remove his ankle monitor for a surgical procedure he is having on August 22. The government does not object.

    Mr. Rosario is charged with violating the conditions of his supervised release. A status conference is currently scheduled for August 22 at 12:30 p.m. Mr. Rosario, however, has a surgical procedure scheduled for that day. Documentation of the procedure has been provided to both Probation and the government.

    Since Mr. Rosario will be undergoing surgery on the scheduled court date, it is requested that the Court adjourn the status conference to a date from September 23-25. Additionally, Mr. Rosario will need to have his ankle monitor temporarily removed to permit him to undergo surgery. It is therefore requested that the Court permit Mr. Rosario to have his ankle monitor removed on August 21, and placed back on following his surgery.

    As noted, the government has no objection to either request.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Jerry Fang