# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 1, 2025

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. The VOSR is adjourned to November 21, 2025 at 11:30 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 1, 2025

Re: **United States v. Pedro Rosario**
    21-Cr-484 (RA)

Dear Judge Abrams:

I write to request that the Court adjourn the upcoming VOSR status conference, currently scheduled for October 3, until a date in November. The government does not object.

Mr. Rosario is charged with violating the conditions of his supervised release, stemming from a 2023 arrest in Pennsylvania. Mr. Rosario's next court date in Pennsylvania is November 3, 2025.

It is respectfully requested that the Court adjourn the upcoming status conference until a date the week of November 17. This will allow the parties the opportunity to discuss a potential resolution of the matter currently pending before the Court. As noted, the government does not object.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Jerry Fang