# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2025

**By ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Application granted. The VOSR status conference is adjourned to February 25, 2026 at 1:00 p.m.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
November 7, 2025

Re: **United States v. Pedro Rosario**
     21-Cr-484 (RA)

Dear Judge Abrams:

     I write to request that the Court adjourn the upcoming VOSR status conference, currently scheduled for November 21, until a date in February.  Neither the government nor Probation has any objection.

     Mr. Rosario is charged with violating the conditions of his supervised release stemming from a 2023 arrest in Pennsylvania.  Mr. Rosario's court date in Pennsylvania was recently adjourned to February 2, 2026, at which point a resolution is anticipated.

     It is respectfully requested that the Court adjourn the upcoming status conference until a date either February 17-19 or February 24-27.  This will allow the parties the opportunity to discuss a potential resolution of the matter currently pending before the Court.  If those dates are inconvenient, we are happy to provide additional availability.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Jerry Fang