Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 27, 2026

**By ECF**

The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 28, 2026

Re: United States v. Pedro Rosario
21 Cr 484 (RA)

Dear Judge Abrams:

I write with the government's and Probation's consent respectfully to request that the Court adjourn Mr. Rosario's VOSR conference from July 30, 2026, to August 28, 2026, at 12:30 pm, which I understand is a date and time that is convenient for the Court. The parties anticipate that we will be able to proceed to a plea and sentencing in this matter on that date. Thank you for your consideration.

Respectfully submitted,

/s/
Benjamin Silverman
Assistant Federal Defender
(212) 417-8733

cc: Counsel of record (by ECF)
Probation Officer John Depierri (by email)